

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00045-CV

_____

THE VILLAS OF MOUNT PLEASANT, LLC, D/B/A GREENHILL VILLAS, F/D/B/A
VILLAS OF MOUNT PLEASANT, MT. PLEASANT OPERATORS, LLC, AND LLOYD
DOUGLAS, Appellants

V.

KYLE KING, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF
MARILOU WHATLEY KING, DECEASED, AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF MARILOU WHATLEY KING, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 37,338

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

The Villas of Mount Pleasant, LLC, et. al., (the Villas) seek an emergency stay of the trial court proceedings. The case is presently before this Court as an interlocutory appeal from an order denying a motion to compel arbitration of the dispute between the parties. The trial court, two weeks after denying the motion to compel arbitration, granted a motion to compel discovery.

Although the order compelling discovery does not specify a timetable for such production, and the record reveals no other trial-related deadlines, given the interlocutory nature of the appeal and the Villas' effort to move the proceeding into arbitration, we find it appropriate to stay the underlying lawsuit.

We order all proceedings in the underlying lawsuit—trial court cause number 37,338 in the 276th Judicial District Court of Titus County, Texas—stayed pending our resolution of the interlocutory appeal presently before this Court.

IT IS SO ORDERED.

BY THE COURT

Date:   June 4, 2014